FILED

09/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0258

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0258

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ROBERT EDWARD RUX,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 31, 2020, within which to prepare, serve, and file its response brief.

RB

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 24 2020